IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY D. ROBERTS,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                   /

No. C 08-05787 WHA

**ORDER SETTING HEARING FOR DISCOVERY DISPUTE**

The Court is in receipt of defendant's September 22, 2009, letter concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **9:00 A.M. ON TUESDAY, SEPTEMBER 29, 2009**, in the Court's jury room located on the 19th floor of the federal courthouse. If there are any remaining unsolved issue(s) after the meet-and-confer, the Court will hold a hearing to resolve same at **10:00 A.M.** on that same day. Please note that only those counsel who participate in the further meet-and-confer may argue at the hearing. Plaintiff's response is due by noon on Monday, September 28.

**IT IS SO ORDERED.**

Dated: September 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE