IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY D. ROBERTS,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                            /

No. C 08-05787 WHA

**ORDER RE DISCOVERY LETTER AND WARNING TO PLAINTIFF**

      The Court has received Ms. Roccanova's letter. Since the next step will have to be a motion to dismiss under Rule 37, Ms. Roccanova should file and serve (by mail as well) a formal motion with full and complete declarations laying out the apparent refusal of plaintiff to follow court order re discovery. Quote the transcript and quote the applicable orders. By copy of this order, plaintiff Kimberly Roberts is **REMINDED** of her obligations and reminded that her case is on the verge of being dismissed. It is not an excuse that she has no attorney. Possibly the Legal Help Desk (415-782-9000 ext. 657) can give her some guidance beyond the booklet already provided by the Court, but matters will not be postponed further just because she is representing herself.

      **IT IS SO ORDERED.**

Dated: November 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE